AO 442 (Rev. 11/11) Arrest Warrant

FILED
10-11937

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2016 NOV 29 PM 5:56

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESSE M. SMITH | ) | Case No. 1:16 MJ 2169 |
| 67782 HOOVER ROAD | ) | |
| QUAKER CITY, OHIO 43773 | ) | |
| | ) | |
| Defendant | ) | |

2016 DEC -1 PM 2:03
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
FILED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JESSE M. SMITH__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1510-Obstruction of Justice
18 U.S.C. § 875(c)-Threat-Interstate Communications

Date: __11/29/2016__

_____
*Issuing officer's signature*

City and state: __Cleveland, Ohio__  David A. Ruiz, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __11/30/16__ , and the person was arrested on *(date)* __11/30/16__
at *(city and state)* __Cleveland, OH__ .

Date: __12/1/16__

_____
Conyers for the USDA
*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*